UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FUENTES, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>Defendants. | Case No. 1:26-cv-01974-FJS<br><br>ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 6) |

Plaintiff CARLOS FUENTES ("Plaintiff") and Defendant WESTERN DENTAL SERVICES, INC. ("Western Dental") hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in the instant action on March 12, 2026;

WHEREAS, Plaintiff served Defendant with the summons and complaint on April 16, 2026;

WHEREAS, the parties agree it would be beneficial to allow further consideration and discussion of the issues raised by Plaintiff in this action, and have stipulated and agreed, subject to Court approval, that Defendant's deadline to respond to the Complaint be continued for an additional 28 days to June 4, 2026;

THEREFORE, the parties HEREBY AGREE AND STIPULATE, subject to Court approval, that Western Dental's new deadline to respond to the Complaint shall be extended to June 4, 2026.

**IT IS SO STIPULATED.**

Dated:  May 7, 2026

LAW OFFICES OF JIBRAEL S. HINDI


By: /s/   *Gerald D. Lane Jr.*_____
    Gerald D. Lane Jr.
    As Authorized on May 6, 2026

    Attorneys for Plaintiff
    CARLOS FUENTES

Dated:  May 7, 2026

SHOOK, HARDY & BACON L.L.P.


By: /s/ *Tammy B. Webb*_____
    Tammy B. Webb

    Attorneys for Defendant
    WESTERN DENTAL
    SERVICES, INC.

2

ORDER

Pursuant to Local Rule 144(a), "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint … may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation." Having read and considered the parties' stipulation and proposed order extending time to file a responsive pleading to Plaintiff's complaint (ECF No. 6), the Court HEREBY ORDERS that the extension of time is GRANTED. The time for Defendants to file their responsive pleading shall be extended an additional twenty-eight (28) days up and through June 4, 2026.

IT IS SO ORDERED.

Dated:   **May 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3