**SHOOK, HARDY & BACON L.L.P.**
Tammy B. Webb (SBN 227593)
tbwebb@shb.com
Aubrey Kramer (SBN 359426)
akramer@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1904 | Fax: (415) 391-0281

Attorneys for Defendant
WESTERN DENTAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FUENTES, individually, and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>            Defendant. | Case No. 1:26-cv-01974-JLT-FRS<br><br>SECOND STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |

SECOND STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING
TO PLAINTIFF'S COMPLAINT

Plaintiff CARLOS FUENTES ("Plaintiff") and Defendant WESTERN DENTAL SERVICES, INC. ("Western Dental") hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in the instant action on March 12, 2026;

WHEREAS, Plaintiff served Defendant with the summons and complaint on April 16, 2026;

WHEREAS, on May 8, 2026, the Court granted the parties' Stipulation Extending Time to File Responsive Pleading to Plaintiff's Complaint. (Dkt. 8.)

WHEREAS, Western Dental's responsive pleading is currently due on June 4, 2026. (Dkt. 8.)

WHEREAS, the parties agree it would be beneficial to allow further consideration and discussion of the issues raised by Plaintiff in this action, and have stipulated and agreed, subject to Court approval, that Defendant's deadline to respond to the Complaint be continued for an additional 28 days to July 2, 2026;

THEREFORE, the parties HEREBY AGREE AND STIPULATE, subject to Court approval, that Western Dental's new deadline to respond to the Complaint shall be extended to July 2, 2026.

IT IS SO STIPULATED.

Dated:  June 8, 2026

LAW OFFICES OF JIBRAEL S. HINDI


By:  */s/ Gerald D. Lane, Jr.*
       As Authorized on June 2, 2026

       Attorneys for Plaintiff
       CARLOS FUENTES

SECOND STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING
TO PLAINTIFF'S COMPLAINT

Dated:  June 8, 2026

SHOOK, HARDY & BACON L.L.P.


By:  */s/ Tammy B. Webb*
     Tammy B. Webb

     Attorneys for Defendant
     WESTERN DENTAL
     SERVICES, INC.

3

SECOND STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING
TO PLAINTIFF'S COMPLAINT

ORDER

Upon consideration of the second stipulation extending time to file responsive pleading to plaintiff's complaint (ECF No. 14), and finding good cause, the court HEREBY ORDERS the following:

1. The deadline for Defendant to file its response to Plaintiff's complaint is continued to July 2, 2026.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

4

SECOND STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING
TO PLAINTIFF'S COMPLAINT