UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS FUENTES, individually and on behalf of others similarly situated,

Plaintiff,

v.

WESTERN DENTAL SERVICES, INC.,

Defendant.

Case No. 1:26-cv-01974-JLT-FJS

ORDER RE: THIRD STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING

(ECF No. 16)

Plaintiff CARLOS FUENTES ("Plaintiff") and Defendant WESTERN DENTAL SERVICES, INC. ("Western Dental") hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in the instant action on March 12, 2026;

WHEREAS, Plaintiff served Defendant with the summons and complaint on April 16, 2026;

WHEREAS, on May 8, 2026, the Court granted the parties' Stipulation Extending Time To File Responsive Pleading To Plaintiff's Complaint. (Dkt. 8.)

WHEREAS, on June 8, 2026, the Court granted the parties' Second Stipulation Extending Time To File Responsive Pleading To Plaintiff's Complaint. (Dkt. 15.)

WHEREAS, Western Dental's responsive pleading is currently due on July 2, 2026 (Dkt. 15.)

WHEREAS, to allow additional time for continuing discussions regarding the issues raised by Plaintiff in this action, including exploration of a potential early resolution of this matter, and to preserve resources and promote judicial economy, the Parties have stipulated and agreed, subject

to Court approval, that Defendant's deadline to respond to the Complaint be continued for an additional 21 days to July 23, 2026;

THEREFORE, the parties HEREBY AGREE AND STIPULATE, subject to Court approval, that Western Dental's new deadline to respond to the Complaint shall be extended to July 23, 2026.

**IT IS SO STIPULATED.**

Dated:  July 7, 2026

LAW OFFICES OF JIBRAEL S. HINDI

By:  */s/ Gerlad Lane*
　　　As Authorized on July 1, 2026

Attorneys for Plaintiff
CARLOS FUENTES

Dated:  July 7, 2026

SHOOK, HARDY & BACON L.L.P.

By:  */s/ Tammy B. Webb*
　　　Tammy B. Webb

Attorneys for Defendant
WESTERN DENTAL SERVICES, INC.

ORDER

Based on the stipulation of the parties (ECF No. 16) and for good cause appearing, the court HEREBY ORDERS that the deadline for Defendant to file its Response to Plaintiff's Complaint be continued from July 2, 2026, to July 23, 2026. Defendant shall file its response no later than July 23, 2026.

IT IS SO ORDERED.

Dated:    **July 7, 2026**

_____

UNITED STATES MAGISTRATE JUDGE