UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FUENTES,<br>Plaintiff,<br>v.<br>WESTERN DENTAL SERVICES, INC,<br>Defendant. | Case No. 1:26-cv-01974-JLT-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On March 12, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for July 28, 2026. (ECF No. 12.) Defendant's responsive pleading to Plaintiff's complaint is due July 23, 2026. (ECF No. 17.) To date, Defendant has not responded to the complaint. Generally, the court will not hold an initial scheduling conference with a defendant who has not answered.

Accordingly, IT IS HEREBY ORDERED that the SCHEDULING CONFERENCE currently set for July 28, 2026, is continued to November 18, 2026, at 11:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE