UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FUENTES,<br>Plaintiff,<br>v.<br>WESTERN DENTAL SERVICES, INC.,<br>Defendant. | Case No. 1:26-cv-01974-JLT-FJS<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>(ECF No. 19) |

On July 23, 2026, Plaintiff filed a notice voluntarily dismissing this action without prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 19). Therefore, this action has been dismissed. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Titus v. BlueChip Fin.*, 786 F. App'x 694, 695 (9th Cir. 2019) (unpublished) (citing *Emp'rs-Teamsters Local Nos. 175 & 505 Pension Tr. Fund v. Anchor Capital Advisors*, 498 F.3d 920, 924 (9th Cir. 2007)). Accordingly, the clerk of court is respectfully ORDERED to terminate all pending deadlines and proceedings and then CLOSE the case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE